```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY L. KUBIAK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2: CR- 05-0353 PAN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| GREGORY L. KUBIAK, | ) Date: January 5, 2006 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Peter A. Nowinski |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, GREGORY L. KUBIAK, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for November 17, 2005, be reset to January 5, 2006, and that the jury trial set for December 5, 2005, be reset for January 23, 2006, at 9:00 a.m.

This continuance is being requested because the parties need more time to prepare and negotiate a resolution. On November 14, 2005, defense counsel learned new information regarding the restitution amount involved in this case and communicated the need to further investigate to the government. In response, the government began investigating the issue further, but more time is needed to verify the restitution amount with the Office of the Inspector General. For these reasons, the parties need more time to investigate and prepare. Speedy

1  trial time is excluded from the date of this order through the date of
2  the trial confirmation hearing set on January 5, 2006, pursuant to 18
3  U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code
4  T4).  The interest in giving counsel more time to prepare outweighs the
5  public interest in having a trial in seventy days.

Dated: November 16, 2005
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Livia R. Morales
                                        _____
                                        LIVIA R. MORALES
                                        Staff Attorney
                                        Attorney for Defendant
                                        GREGORY L. KUBIAK

DATED: November 16, 2005
                                        McGREGOR SCOTT
                                        United States Attorney

                                        /s/ Matthew C. Stegman
                                        _____
                                        MATTHEW C. STEGMAN
                                        Assistant United States Attorney


                               **O R D E R**

    IT IS SO ORDERED.


Dated: November 17, 2005


                                /s/ Peter A. Nowinski
_____
                                HON. PETER A. NOWINSKI
                                UNITED STATES MAGISTRATE JUDGE