```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY L. KUBIAK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:05-CR-05-05-0353 PAN |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| GREGORY L. KUBIAK, ) | Date: January 26, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Peter A. Nowinski |
| _____ ) | |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW C. STEGMAN, Assistant United States Attorney, and defendant, GREGORY L. KUBIAK, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for January 5, 2005, and that the jury trial set for January 23, 2006, be vacated and that a change of plea hearing be scheduled for January 26, 2006, at 9:00 a.m.

   This continuance is being requested because the parties need more time to prepare and negotiate a resolution. Speedy trial time is excluded from the date of this order through the date of the change of plea hearing set on January 26, 2006, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4). The interest in giving counsel more time to prepare outweighs the public interest in having a trial in seventy days.

```
Dated: December 21, 2005
                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

                                          /s/ Livia R. Morales
                                          _____
                                          LIVIA R. MORALES
                                          Staff Attorney
                                          Attorney for Defendant
                                          GREGORY L. KUBIAK

DATED: December 21, 2005
                                          McGREGOR SCOTT
                                          United States Attorney

                                          /s/ Matthew C. Stegman
                                          _____
                                          MATTHEW C. STEGMAN
                                          Assistant United States Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated: December 27, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge