1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LIVIA R. MORALES, Bar #224504
   Staff Attorney
3  LINETTE DAVIS
   Certified Law Student
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   GREGORY L. KUBIAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-05-353 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | RESCHEDULING SENTENCING HEARING |
| | ) | |
| GREGORY L. KUBIAK | ) | |
| | ) | Date:  April 20, 2006 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the United States of America, by
and through its counsel, MATTHEW STEGMAN, Assistant United States
Attorney, and defendant, GREGORY L. KUBIAK, by and through his counsel,
LIVIA R. MORALES, Staff Attorney, that the sentencing hearing set for
//
//
//
//
//
//

April 13, 2006, be vacated and rescheduled for April 20, 2006, at 10:00 a.m.

Dated: April 10, 2006

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Defender

                              /s/ Livia R. Morales

                              _____
                              LIVIA R. MORALES
                              Staff Attorney
                              Attorney for Defendant
                              GREGORY L. KUBIAK

DATED: April 11, 2006

                              McGREGOR SCOTT
                              United States Attorney

                              /s/ Matthew Stegman

                              _____
                              MATTHEW STEGMAN
                              Assistant United States Attorney

### **O R D E R**

    IT IS SO ORDERED.

Dated: April 12, 2006.

                              _____
                              UNITED STATES MAGISTRATE JUDGE