PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Docket Number: 2:05CR00353** |
| ) | |
| **GREGORY LEE KUBIAK** ) | |
| ) | |

On April 20, 2006, the above-named was placed on Probation for a period of 36 Months for Misdemeanor Theft of Government Property. On December 07, 2006, this office was notified by the Kings County Coroner's Office that the probationer was confirmed dead on December 05, 2006, (a copy of the notification is in the probation officer's file). It is accordingly recommended that this case be closed and the $2,912.00 restitution be vacated.

Respectfully submitted,

/s/ Dan L. Vianello

**DAN L. VIANELLO
Senior United States Probation Officer**

Dated:    January 31, 2007
          Visalia, California
          DLV:ljr


**REVIEWED BY:**    /s/ Rick C. Louviere
                   **RICK C. LOUVIERE
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35A) DEATH.MRG

Re:   **KUBIAK, Gregory Lee**
**Docket Number:   0972 2:05CR00353**
**ORDER TERMINATING TERM OF PROBATION**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It is ordered that the proceedings in this case be terminated, the $2,912.00 restitution be vacated, and the case closed.

February 6, 2007
**Date**

_____
U.S. MAGISTRATE JUDGE

DLV:ljr

Attachment:    Notification

cc:    United States Attorney's Office
       FLU Unit - AUSA's Office
       Fiscal Clerk, Clerk's Office
       Restitution Accounts - Victims